

TPW/EJD, USAO 2018R00747

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG 19cr476 |
| | * | |
| EDWARD NATHANIEL WALKER, | * | (Interstate Transportation of Stolen Property, 18 U.S.C. § 2314; Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. §§ 924(d) & 981(a)(1)(C), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| Defendant | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
(Interstate Transportation of Stolen Property)

The Grand Jury for the District of Maryland charges that:

On or about June 9, 2017, in the District of Maryland, the defendant,

**EDWARD NATHANIEL WALKER,**

did knowingly and willfully transport and transfer in interstate commerce from Indiana to Maryland any goods, wares, and merchandise of the value of $5,000 or more—that is, fireworks—knowing the same to have been stolen, converted, and taken by fraud.

18 U.S.C. § 2314
18 U.S.C. § 2

## COUNT TWO
### (Felon in Possession of Firearms)

The Grand Jury for the District of Maryland further charges that:

On or about February 13, 2019, in the District of Maryland, the defendant,

**EDWARD NATHANIEL WALKER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms—that is, (1) a Glock 33 Gen 4, .357 SIG, bearing serial number BEXT750, and (2) a Marlin, Model 60, .22 Long Rifle, bearing serial number MN68225A—and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(C) and 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under Counts One and Two of this Indictment.

### Stolen Property Forfeiture

2. Upon conviction of the offense set forth in Count One, and incorporated here, the defendant,

**EDWARD NATHANIEL WALKER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any and all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, including but not limited to a money judgment for at least $44,643.50 in United States currency.

### Firearms Forfeiture

3. Upon conviction of the offense alleged in Count Two of this Indictment, and incorporated here, the defendant,

**EDWARD NATHANIEL WALKER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms involved in the offense, including but not limited to: (1) a Glock 33 Gen 4, .357 SIG, bearing serial number BEXT750; and (2) a Marlin, Model 60, .22 Long Rifle, bearing serial number MN68225A.

**Substitute Assets**

4. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Robert K. Hur /op*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: October 9th, 2019